### CHICAGO, R. I. & P. R. CO. v. McGILL.

No. 6825—Opinion Filed Jan. 9, 1917.

(162 Pac. 706.)

(Syllabus by the Court.)

**Dismissal of Proceedings in Error—Authority.**

Motion to dismiss sustained, upon authority of Chicago, Rock Island & Pacific R. Co. v. F. F. McGill (No. 6284) 63 Okla. 64, 162 Pac. 705, just handed down.

Error from County Court, Grant County; J. W. Bird, Judge.

Action by Mrs. D. A. McGill against the Chicago, Rock Island & Pacific Railway Company. Judgment for plaintiff, and defendant brings error. Motion to dismiss proceeding in error sustained.

C. O. Blake, R. J. Roberts, W. H. Moore, J. G. Gamble, and K. W Shartel, for plaintiff in error.

Sam P. Ridings, for defendant in error.

KANE, J. This cause is identical in all essential features with the case of Chicago, Rock Island & Pacific Railway Co., a corporation, Plaintiff in Error, v. F. F. McGill, Defendant in Error (No. 6824) 63 Okla. 64, 162 Pac. 705, wherein a motion to dismiss the proceeding in error, upon the ground that the ninth subdivision of section

5033, Rev. Laws 1910, was not applicable to proceedings pending at the time of the adoption of the Harris-Day Code, has just been sustained.

There is also a motion to dismiss this proceeding in error upon the same ground, which must be sustained for the reasons stated in the former opinion. It is so ordered.

All the Justices concur.